IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1345-N |
| | § | |
| METHODIST HOSPITALS OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

By separate Order dated July 6, 2006 the Court granted the Parties' stipulated dismissal of Defendant Ceridian Corporation; by separate Order dated August 31, 2006 the Court granted the Parties' stipulated dismissal of Defendant Icon Benefits Administrators II, L.P.; by separate Order on the record on January 23, 2007 the Court granted the Parties' stipulated dismissal of Defendants Sonya Carter Jordan and Tim Meeks. On January 25, 2007, Jackson received a jury verdict against Defendant Methodist Hospitals of Dallas in the amount of $10,322.64 for her Family and Medical Leave Act claim.[1] By separate Order dated September 25, 2007 the Court additionally awarded Jackson $30,000 in attorneys' fees. Finally, by separate Order of this same date the Court denied Jackson's request for punitive damages, or in the alternative an award of double her compensatory damages, and additional

---

[1] Although the jury found for Jackson on her negligence claim, it awarded her no compensatory damages.

FINAL JUDGMENT – PAGE 1

attorneys' fees and also rejected Jackson's remaining claim under Employee Retirement Income Security Act section 510, 29 U.S.C. § 1140, which was not submitted to the jury.

Accordingly, the Court hereby awards Jackson judgment against Methodist in the amount of $41,145.28. This award consists of $10,322.64 in principal, pre-judgment interest in the amount of $822.64, and an award of $30,000 in attorneys' fees. The Court further orders that post-judgment interest shall accrue on the above Judgment amount, including pre-judgment interest and attorneys' fees, pursuant to 28 U.S.C. § 1961 at the rate of 3.20% per annum from the date of this Judgment until paid in full. As previously stated in the Order of September 25, 2007, court costs are taxed against Methodist and in favor of Jackson. All relief not expressly granted is denied. This is a final judgment.

Signed December 20, 2007.

_____
David C. Godbey
United States District Judge